PER CURIAM.
 

 Margarita Rodriguez-Marin appeals the summary denial of her motion for postcon-viction relief filed pursuant to Florida Rule of Criminal Procedure 3.850, which the postconviction court denied as untimely. We affirm.
 
 See Barrios-Cruz v. State,
 
 63 So.3d 868 (Fla. 2d DCA 2011). As in
 
 Barrios-Cruz,
 
 63 So.3d at 870, we hold that
 
 Padilla v. Kentucky,
 
 — U.S. -, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), does not apply retroactively in postconviction proceedings and we certify to the Florida Supreme Court the following question of great public importance pursuant to Florida Rule of Appellate Procedure 9.030(a)(2)(A)(v):
 

 SHOULD THE RULING IN
 
 Padilla v. Kentucky,
 
 — U.S. -, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), BE APPLIED RETROACTIVELY IN POSTCONVICTION PROCEEDINGS?
 

 Affirmed.
 

 DAVIS, KELLY, and LaROSE, JJ., Concur.